VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
Angel Montes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ANGEL MONTES,<br><br>*Defendant,* | Case No.1: 19-cr-00143-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>DATE:  April 17, 2023<br>TIME:  8:30 a.m.<br>JUDGE: Hon. Ana de Alba<br>             (Courtroom 1) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the Sentencing Hearing in the above captioned matter now set for March 6, 2023, at 8:30 am., may be continued to April 17, 2023, at 8:30 am.

The continuance is requested by counsel for Defendant, Victor M. Chavez, to allow additional time for Counsel to prepare and present Informal and Formal Objections to the Pre-Sentence Report to Probation and the Court.

Respectfully submitted,

Dated: February 27, 2023               */s/ Victor M. Chavez*
                                                         VICTOR M. CHAVEZ
                                                         Attorney for Defendant

Dated: February 27, 2023               */s/ Justin J. Gilio*
                                                         JUSTIN J. GILIO
                                                         Assistant U.S. Attorney
                                                         for Plaintiff

**ORDER**

IT IS HEREBY ORDERED. That the Sentencing Hearing of March 6, 2023 at 8:30 am., be continued to April 17, 2023, at 8:30 am.

IT IS SO ORDERED.

Dated:   February 28, 2023

UNITED STATES DISTRICT JUDGE