1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   ANGEL MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00143-ADA-BAM |
|---|---|
| *Plaintiff,* | **MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR M. CHAVEZ; ORDER** |
| vs. | |
| ANGEL MONTES | |
| *Defendant.* | |

On June 27, 2019 Angel Montes was indicted, Doc. 112  On November 14, 2019 a Superceding Indictment was filed, Doc. 135.  Mr. Montes was initially represented by CJA counsel Virna Santos.  Ms. Santos' motion to withdraw from the case was granted and undersigned counsel was appointed as new CJA counsel on April 26, 2022, Doc. 311. On November 29, 2022, pursuant to a plea agreement, Mr. Montes entered a guilty plea, Doc.364. On June 21, 2023 Mr. Montes was sentenced by the Court, Doc. 457. The time for the filing of an appeal ran on July 5, 2023 and no appeal was filed. Having completed his representation of Mr. Montes, CJA Attorney, Victor M. Chavez now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Montes require further legal representation he may contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll free).  If

1  Appropriate, that office will arrange for appointment of counsel to represent him.

Dated:  July 18, 2023

Respectfully submitted,

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant

**ORDER**

Since CJA counsel Victor M. Chavez has completed the services for which he was appointed the Court hereby grants counsel's motion to terminate his appointment as counsel for Angel Montes.

The Clerk of Court is directed to serve a copy of this order on Angel Montes at the following address: Angel Montes Reg. No. 7827-097, FCI FORREST CITY MEDIUM, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 3000, FORREST CITY, AR 72336

IT IS SO ORDERED.

Dated:   July 18, 2023

_____
UNITED STATES DISTRICT JUDGE